NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GARY JONES,                                )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-4333
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____    )

Opinion filed May 10, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Tracy B. Pratt, Bradenton, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Dawn A. Tiffin, Assistant
Attorney General, Tampa;
and Cynthia Richards, Assistant
Attorney General, Tampa (substituted
as counsel of record), for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.